USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA,

                -v-

  ULLIS ROSARIO ACOSTA,

                Defendant.
------------------------------------------------------------- X

1:19-cr-306-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The sentencing scheduled for April 13, 2020 is adjourned to June 9, 2020 at 10:00 a.m. Unless otherwise established by order of the Court, the sentencing will take place in Courtroom 12C, 500 Pearl Street, New York, NY 10007. Defendant's sentencing submission is due no later than May 26, 2020; the Government's sentencing submission is due no later than June 2, 2020.

    SO ORDERED.

Dated: March 22, 2020

                                                      GREGORY H. WOODS
                                                   United States District Judge