# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/20

**LAW OFFICES OF**
**NATALI J.H. TODD, P.C.**

NATALI J.H. TODD
MEMBER: NY & MA BAR

26 COURT STREET
SUITE 413
BROOKLYN, NY 11242-1134

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: natali_todd@yahoo.com
www.natalitoddlawyer.com

May 26, 2020

By ECF
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    U.S. v. Uillis Rosario Acosta, et al. S1  19 Cr. 306 (GHW)

Dear Judge Woods:

Counsel writes to respectfully request a 60-day adjournment of the sentencing proceeding currently scheduled for June 9, 2020 due to the current COVID-19 pandemic. Counsel has consulted with government counsel who consents to this request.

Thank you for your consideration to this request.

Respectfully,

/s/
Natali Todd, Esq.

cc: AUSA Cecilia Vogel (by ECF)

---

Application granted. The defendant's sentencing is adjourned to August 20, 2020 at 3:00 p.m. The defendant's sentencing submissions are due no later than July 22, 2020; the Government's sentencing submissions are due no later than July 29, 2020.

SO ORDERED
May 26, 2020

_____
GREGORY H. WOODS
United States District Judge