USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/20

# MEMORANDUM ENDORSED

**LAW OFFICES OF**
**NATALI J.H. TODD, P.C.**

NATALI J.H. TODD
MEMBER: NY & MA BAR

26 COURT STREET
SUITE 413
BROOKLYN, NY 11242-1134

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: natali_todd@yahoo.com
www.natalitoddlawyer.com

July 8, 2020

By ECF
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   U.S. v. Uillis Rosario Acosta, et al. S1 19 Cr. 306 (GHW)

Dear Judge Woods:

Counsel writes to respectfully request an adjournment of the sentencing proceeding currently scheduled for August 20, 2020 to a date in September 2020, other than September 9th, 10th, 11th, 15th, 21st, 29th and 30th, due to the ongoing COVID-19 pandemic. Mr. Acosta would like to be personally present at his sentencing proceeding. Counsel has consulted with government counsel who consents to this request.

Thank you for your consideration to this request.

Respectfully,

/s/
Natali Todd, Esq.

cc: AUSA Cecilia Vogel (by E.C.F.)

---

Application denied. The Court anticipates that the August 20, 2020 proceeding will take place in person as scheduled in Courtroom 12C, United States Courthouse, 500 Pearl Street, New York, NY 10007. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 87.
SO ORDERED
July 15, 2020

_____
GREGORY H. WOODS
United States District Judge