**LAW OFFICE OF ANTHONY CECUTTI**
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

**MEMORANDUM ENDORSED**

June 17, 2021

**BY ECF**
The Honorable Gregory H. Woods
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Uillis Rosario-Acosta; 19 Cr. 306 (GHW)**

Dear Judge Woods:

    I represent Uillis Rosario-Acosta. Mr. Rosario-Acosta is at liberty and is scheduled to surrender on June 28, 2021. I write, without objection from the Government, to respectfully request a final extension of his surrender date until early August, 2021.

    Mr. Rosario-Acosta is a single father to two children – ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. They will finish school for the academic year on Friday, June 25, 2021. With his surrender date nearing, Mr. Rosario-Acosta has been busy creating and organizing a plan for his children's care while he is incarcerated. He would like additional time to surrender so he can take them to medical appointments, help them get further organized and settled with his cousin who will be caring for them and make sure their needs are otherwise met. Additionally, he would like to spend some needed time with them without the stress and pressure of school and the COVID-19 pandemic.

    As the Court is aware, it has been a trying and challenging year for Mr. Rosario-Acosta and his children because of the COVID-19 pandemic. Certainly, his absence due to incarceration will have a pronounced impact on them and himself. As such, Mr. Rosario-Acosta would be most grateful to the Court for a final extension of his surrender date until early August, 2021 so that he may finalize the practicalities of their care and enjoy needed time with them.

    Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

cc: AUSA Cecilia Vogel

Application denied. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 139.

SO ORDERED.
Dated: June 18, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge